IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY EUGENE PYLES,

   *Plaintiff*,

v.                                                        Case No.: 4:22cv149-MW/MAF

ARAMARK CORRECTIONAL
SERVICES, LLC, et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Plaintiff seeks only injunctive relief from this Court—namely, "to have Aramark Kitchen Director and Security Officer Captain Sheffield both ordered by Court to cease cheating inmates and to use an actual dietician not employed by Aramark so [he] can receive an actual 2,800 calories, and not be retaliated on." ECF No. 9 at 17. Plaintiff does not seek damages of any kind. Given Plaintiff's transfer to the Hillsborough County Jail, Plaintiff's claims for injunctive relief against Aramark and Captain Sheffield at the Leon County

Detention Facility are now moot. Accordingly, upon consideration, no objections having been filed by the parties, [1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** as moot." The Clerk shall close the file.

**SO ORDERED on June 28, 2022.**

                                      <u>s/Mark E. Walker</u>
                                      **Chief United States District Judge**

---

[1] The Magistrate Judge notes that the Florida DOC's "Corrections Offender Network" does not indicate the Tampa facility to which Plaintiff had been transferred. ECF No. 15 at 9-10. However, upon this Court's review, the Florida DOC has updated Plaintiff's information and lists the Hillsborough County Jail as his current verified jail address. Plaintiff also subsequently notified this Court of his new mailing address—c/o Wanda Pyles. *See* ECF No. 16. The Magistrate Judge's report and recommendation was returned as undeliverable on May 27, 2022; however, the Clerk's Office resent it to Plaintiff's updated mailing address a month ago. No objections have been filed.